UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELORES LIZARDO | CIVIL ACTION NO.: |
| VERSUS | SECTION: |
| AMERICAN BULK COMMODITIES, LLC and/or R & J TRUCKING, INC., AND JASON ALDRIDGE | MAGISTRATE |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Jason Aldridge, who files this Notice of Removal pursuant to 28 U.S.C. §1332 and 1441, to hereby remove this matter from state court to the docket of this Honorable Court, and respectfully represents the following:

### BACKGROUND

I.

Delores Lizardo, Plaintiff herein, filed a lawsuit styled *Delores Lizardo vs. American Bulk Commodities, LLC and/or R & J Trucking, Inc., and Jason Aldridge,* in the 24th Judicial District Court, State of Louisiana, No. 802201, naming American Bulk Commodities, Inc., R & J Trucking, Inc., and Jason Aldridge as Defendants. The suit seeks damages for Plaintiff's alleged injuries sustained from a purported automobile accident occurring on US Highway 61 in Jefferson Parish, Louisiana on December 21, 2018. (See Petition for Damages attached as Exhibit "1")

II.

The state court action commenced on December 10, 2019. This Defendant received service on or after February 7, 2020; therefore, removal is timely under 28 U.S.C. § 1446(B)(1)-(3).

**BASIS OF REMOVAL**

III.

This suit is removable to this Court under and by virtue of the federal statutes and acts of the Congress of the United States, including 28 U.S.C. § 1332 and 28 U.S.C. § 1441, which provide federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

IV.

Jason Aldridge is a citizen of and domiciled in the State of Alabama.

V.

R & J Trucking, Inc. is incorporated in the State of Ohio with its principle place of business in the State of Ohio.

VI.

American Bulk Commodities, Inc. (improperly identified as American Bulk Commodities, LLC) is incorporated in the State of Ohio with its principle place of business in the State of Ohio.

VII.

Delores Lizardo is a citizen of the State of Louisiana.

XIII.

Because Plaintiff is a citizen of the State of Louisiana and all Defendants are citizens of states other than Louisiana, complete diversity of citizenship exists among the parties.

IX.

Under United States Fifth Circuit Court of Appeals precedent, a defendant may establish that the amount in controversy exceeds $75,000 by either demonstrating that it is facially apparent from the petition that the claim likely exceeds $75,000, or by setting forth the facts in controversy that support a finding of the requisite amount. *Grant v. Chevron Phillips Chem. Co.,* 309 F.3d 864, 868 (5th Cir. 2002).

X.

If a defendant can show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount, the "plaintiff can defeat diversity jurisdiction only by showing to a 'legal certainty' that the amount in controversy does not exceed $75,000." *Grant v. Chevron Phillips Chem. Co.,* 309 F.3d 864, 869 (5th Cir. 2002) (quoting *De Aguilar v. Boeing Co.,* 47 F.3d 1404, 1412 (5th Cir. 1995)).

XI.

Since Article 893 of the Louisiana Code of Civil Procedure prohibits a plaintiff from pleading a specific dollar amount of damages, no specific dollar amount is provided in the Plaintiff's Petition. For purposes of removal, however, it is facially apparent from the Petition that the amount in controversy exceeds $75,000, exclusive of interest and costs.

XII.

In the Petition, for example, Plaintiff alleges that "Aldridge crossed the dividing line between the center and left lane while making his turn, striking the passenger side of [Plaintiff's] vehicle." (*See* Petition for Damages, ¶ 9, attached as Exhibit "1").

XIII.

Based on these allegations, Plaintiff Delores Lizardo claims she sustained the "following damages, particularly, but non-exclusively described as follows:" (a) past, present, and future physical pain and suffering; (b) past, present, and future mental anguish and anxiety; (c) past, present, and future medical and rehabilitation expenses; (d) past, present, and future lost wages; (e) loss of earning capacity; (f) loss of enjoyment of life; and (g) property damage. *Id.* at ¶ 16.

XIV.

Upon information and belief, Plaintiff alleges that she received a surgical recommendation for a cervical fusion.

XV.

Based on the allegations of Plaintiff's Petition for Damages, it is facially apparent that the amount in controversy exceeds $75,000, exclusive of interest and costs, for this Court to assume jurisdiction over this matter under 28 U.S.C. § 1332.

XVI.

Defendant does not admit the underlying facts alleged by Plaintiff and denies liability to Plaintiff.

## **REMOVAL PROCEDURE**

XVII.

All Defendants who have been properly joined and served with Plaintiff's petitions consent to this removal. This satisfies the requirement that all defendants who have been properly served with Plaintiff's petition affirmatively consent to the removal of this action. *See Lewis v. Rego Co.*, 757 F.2d 66, 68 (3rd Cir. 1985) (observing that notice of removal filed before all non-resident defendants served with process still effective).

XVIII.

This Notice of Removal is filed within 30 days of the receipt by or service upon the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

XIX.

The state court action was commenced on December 10, 2019 and this removal has been filed within one (1) year after its commencement.

XX.

Venue is proper within the Eastern District of Louisiana because the matter is being removed from Division E of 24th Judicial District Court, Parish of Jefferson—a court which the Eastern District of Louisiana embraces, and more specifically:

>The Honorable Frank A. Brindisi
>24th Judicial District Court, Parish of Jefferson
>Division E
>200 Derbigny St., Suite 5400
>Gretna, Louisiana 70053

XXI.

Pursuant to 28 U.S.C. § 1447(b) and LR 3.2, movers identify all known counsel as follows:

a. *Counsel for Plaintiff – Delores Lizardo*
Timothy R. Richardson (#27625)
422 E. Lockwood, Second Floor
Covington, Louisiana 70447
Telephone: (985) 302-3022; Fax: (985) 898-0483

b. *Counsel for Defendants— American Bulk Commodities, Inc., R & J Trucking, Inc., and Jason Aldridge*
Andrea L. Albert (#27353)
Ryan D. O'Connor (#35272)
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile:   (985) 674-6681

XXII.

Further pursuant to 28 U.S.C. § 1447(b), a complete copy of the state court record has been requested from the 24th Judicial District Court, Parish of Jefferson. Upon receipt, movers will supplement this filing with a copy all state court pleadings, including any answers and any return of service of process filed in state court so far.

XXIII.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that she has read the foregoing Notice of Removal.  She likewise certifies that to the best of her knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

XXIV.

Defendant, Jason Aldridge, requests a trial by jury.

**WHEREFORE,** Defendant, Jason Aldridge, prays that this Notice be accepted as good and sufficient, and that this civil action be removed from the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court for determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from 24th Judicial District Court, Parish of Jefferson, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

/s/ Andrea L. Albert
**ANDREA L. ALBERT (#27353)**
**RYAN D. O'CONNOR (#35272)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70448
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for Defendant, Jason Aldridge*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2020 a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/ Andrea L. Albert
**ANDREA L. ALBERT**